```
                           RECEIVED
  FILED                    SERVED ON
  ENTERED    COUNSEL/PARTIES OF RECORD

         July 02, 2025

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
  BY:                       DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN ROBERT SCULLY,<br><br>　　　　　　　　　Defendant. | Case No. 2:25-mj-00486-NJK<br><br>**ORDER REQUIRING PAYMENT FOR APPOINTED COUNSEL** |

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. 3006A, the Federal Public Defender was appointed as counsel for the above-named defendant at the Initial Appearance hearing held on July 2, 2025.

Based upon a review of the defendant's financial affidavit and other relevant inquiry, the Court finds that the defendant possesses financial resources sufficient to bear some of the cost of her representation, i.e., funds are available from or on behalf of the defendant for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation. Accordingly, pursuant to the provisions of 18 U.S.C. 3006A(f),

IT IS ORDERED that the defendant must reimburse the Treasury of the United States in the amount of $200.00 for the cost of his representation until the case has concluded. Payment of **$200.00**, made payable to the **Clerk of the Court**, for deposit in the Treasury, is due no later than close of business on Wednesday, July 2, 2025.

Dated this 2nd day of July, 2025.

_____
NANCY J. KOPPE,
UNITED STATES MAGISTRATE JUDGE